# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00452-CR

**Jason Mack, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-07-206039, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jason Mack no longer wishes to pursue this appeal and has filed a motion to dismiss. His motion to dismiss this appeal is granted and the appeal is dismissed. *See* Tex. R. App. P. 42.2(a). Appellant's related appeal in Cause No. 03-10-00453-CR remains pending.

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   April 21, 2011

Do Not Publish